UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>GLOBAL HORIZONS, INC., d/b/a Global Horizons Manpower, Inc.; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; and DOES 1-10 inclusive;<br><br>   Defendants. | NO.  CV-11-3045-EFS<br><br>**ORDER GRANTING THE EEOC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, AND DENYING AS MOOT OTHER MOTIONS** |

Before the Court, without oral argument, is Plaintiff EEOC's Motion for Leave to File First Amended Complaint, ECF No. 113. After reviewing the proposed First Amended Complaint, Defendants Green Acre Farms, Inc. and Valley Fruit Orchards, LLC ("Grower Defendants") do not oppose the motion. ECF No. 139. Accordingly, given the Grower Defendants' lack of opposition and Federal Rule of Civil Procedure 15(a)'s "freely given" amendment standard, the Court grants EEOC leave to file their proposed First Amended Complaint, ECF No. 115-4. The parties agree that the First Amended Complaint renders moot the EEOC's Motion for Clarification, ECF No. 122, and the Grower Defendants' Motion for Judgment on the Pleadings, ECF No. 83.

///

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The EEOC's Motion for Leave to File First Amended Complaint, **ECF No. 113**, is **GRANTED**. The EEOC shall promptly file their First Amended Complaint.

2. The EEOC's Motion for Clarification, **ECF No. 122**, and the Grower Defendants' Motion for Judgment on the Pleadings, **ECF No. 83**, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to all counsel.

**DATED** this ___13th___ day of March 2012.

                    _____S/ Edward F. Shea_____
                              EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2011\3045.grant.amend.comp.lc1.wpd

ORDER * 2