AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                      Plaintiff,

                      v.

GLOBAL HORIZONS, INC., d/b/a Global Horizons Manpower, Inc.; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; and DOES 1-10 inclusive,

                      Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C-11-3045-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a judgment for attorneys' fees in the amount of $9,000.00 is entered in favor of Defendant Growers (Green Acre Farms, Inc. and Valley Fruit Orchards, LLC) against the Plaintiff, Equal Employment Opportunity Commission.

April 12, 2013                                          SEAN F. McAVOY
*Date*                                                       *Clerk*
                                                                  s/ Linda Emerson
                                                                  *(By) Deputy Clerk*
                                                                  Linda Emerson