*INTERLOCUTORY APPEAL*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: EEOC vs Global Horizons Inc, et al.
U.S. District Court, Eastern District of Washington  Senior Judge Edward F. Shea
Criminal and/or Civil Case No. CV-11-3045-EFS
Date Complaint/Indictment/Petition Filed: 04/19/11
Date Appealed order/judgment *entered*: 7/31/13; 10/28/13
Date NOA *filed*: 11/06/13

Date(s) of Indictment    Plea Hearing    Sentencing    Verdict

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full    Court Record No.
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s)    Kimberly Allen, 509-943-8175    Debra Clark, 509-458-3433    Jori Moore, 509-698-4788
Name & Phone Number: Lynette Walters, 509-573-6613    Stephanie Smithson, 509-943-8174

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**

Date Docket Fee Paid: WAIVED
Date IFP granted:                                    Date IFP denied:
Is IFP pending? ☐ yes ☒ no                           Was IFP limited ☐? Revoked ☐?
US Government Appeal? ☒ yes ☐ no
Companion/Related Cases? Please list:

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION**

Appellate Counsel:                                   Appellee Counsel:
Connie K. Liem                                       Joshua D. Dabling (for Global Horizons)
U.S. EEOC                                            Dabling Law Firm PLLC
555 W. Beech St., Suite 504                          313 NE 185th Street
San Diego, CA  92101                                 Shoreline, WA  98155

☒ Retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other              *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID                          Address:
Custody ☐ yes ☐ no
Bail

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid                       9th Circuit Docket Number

Name & Phone Number of Person Completing this Form   Linda Emerson, Appeal Clerk
                                                     509-458-3400

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Continuation

Counsel for Appellant/Plaintiff Continued:

Anna Y Park, Sue Noh, Derek W. Li, Elizabeth Esparza-Cervantes,
    Lorena Garcia-Bautista, Michael J. Farrell
US Equal Employment Opportunity Commission (EEOC)
255 E Temple Street
4th Floor
Los Angeles, CA 90012

Damien Lee
EEOC - SEA
Seattle District Office
909 First Avenue
Suite 400
Seattle, WA 98104

Rumduol Vuong
EEOC
2300 Tulare Street
Suite 215
Fresno, CA 93721

Counsel for Appellee/Defendant Global Horizons Inc Continued:

Javier Lopez-Perez
Law Office of Javier Lopez
1930 Wilshire Blvd
Suite 705
Los Angeles, CA 90057

Counsel for Appellee/Defendant Green Acre Farms Inc and Valley Fruit Orchards, LLC:

Christopher J DeGroff
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

Beth Golub Joffe, Justo G Gonzalez, Olivia E Gonzalez,
Stokes Lawrence PS
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393

Brendan V Monahan, Sean A Russel
Stokes Lawrence Velikanje Moore & Shore
120 North Naches Avenue
Yakima, WA 98901-2757

Gerald L Maatman, Jr.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577

Laura Jean Maechtlen, Robb D McFadden
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105