# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>*Plaintiff*<br>v.<br>GLOBAL HORIZONS, INC., d/b/a GLOBAL HORIZONS MANPOWER, INC.; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; and DOES 1-10 inclusive,<br>*Defendant* | Civil Action No. 2:11-CV-3045-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: decided by Senior Judge Edward F. Shea on a Joint Motion for Award of Attorney's Fees and Costs; the remainder of the Grower Defendants' Joint Motion for Award of Attorney's Fees and Costs is granted; Judgment is hereby entered in favor of the Grower Defendants against Plaintiff EEOC in the total amount of $986,033.30; which is based on the following attorney's fees and costs: $886,881.82 to Stokes Lawrence; $85,156.50 to Seyfarth Shaw, $595.00 to Freeman, Freeman & Smiley, and $13,399.98, taxed costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 2, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb