UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL HORIZONS, INC., d/b/a Global Horizons Manpower, Inc.; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; and DOES 1-10 inclusive, <br><br> Defendants. | No.: CV-11-3045-EFS <br><br> **ORDER GRANTING EEOC'S MOTION FOR DEFAULT JUDGMENT (COMPENSATORY AND PUNITIVE DAMAGES) AGAINST GLOBAL HORIZONS INC. D/B/A/ GLOBAL HORIZONS MANPOWER, INC.** |

The Court previously entered an Order of Default against Global for failure to enter a defense to the claims in the First Amended Complaint (FAC). ECF No. 613. Later, it entered an Order Granting Default Judgment in Part against Global but held it in abeyance pending review of additional filings in support of the claimed compensatory and punitive damages. ECF No. 667. EEOC filed its Supplemental Table in Support of Plaintiff EEOC's Request for Damages For Default Judgment Against Global, ECF No. 678, as well as a declaration in support of its claims for damages on behalf of the claimants with forty-five attachments, ECF No. 678-1-45, and its supplemental brief, ECF No. 678-46. In preparing its earlier orders, the Court reviewed the earlier declarations filed in support of EEOC's request of default judgment

against Global and for damages and requested the supplementation now filed by EEOC.

Because of the entry of default judgment against Global, Global is liable to EEOC on the asserted causes of action in the FAC with only the issue of damages remaining. "The general rule of law is that upon default the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." *Geddes v. United Fin. Grp.*, 559 F.2d 557, 560 (9th Cir. 1977); *see also* Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied."). This general rule is also based on Federal Rule of Civil Procedure 55(b), which governs the entry of default judgment and permits a court to hold a hearing if necessary to determine the amount of damages. *Geddes*, 559 F.2d at 560.

Accordingly, the factual allegations in the FAC establish the liability of Global on the causes of action asserted. On the issue of damages, the Court has reviewed the declarations and supplemental declarations of the claimants filed in support of EEOC's request for damages. EEOC requests an award of compensatory and punitive damages to each claimant in the amount of $300,000.00, as permitted by statute. In determining damages, the Court understands that burden of proving damages after a default has been entered "is relatively lenient." *Philip Morris USA, Inc. v. Castleworld Prods., Inc.,* 219 F.R.D. 494, 498 (C.D. Cal. 2003) (citing *Greyhound Exhibitgroup, Inc. v. E.L.U.L. Realty Corp.,* 973 F.2d 155, 159 (2d Cir. 1992)).

Under 42 U.S.C. § 1981a(b)(3), an award of compensatory damages is permitted for "emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses," as caused by the conduct of Global. A preponderance of evidence must support a finding that compensatory damages were caused by the conduct of Global.

In considering an award of punitive damages, the Court generally considers the criteria recognized by the Supreme Court in *BMW of North America, Inc. v. Gore,* 517 U.S. 559 (1996), as clarified in *State Farm Mutual Automobile Insurance Co. v. Campbell,* 538 U.S. 408, 418 (2003): "The most important indicium of the reasonableness of a punitive damages award is the degree of reprehensibility of the defendant's conduct." *Gore,* 517 U.S. at 575. The factors to be considered in determining reprehensibility are whether: "the harm caused was physical as opposed to economic; the tortious conduct evinced an indifference to or reckless disregard of the health or safety of others; the target of the conduct had financial vulnerability; the conduct involved repeated actions or was an isolated incident; and the harm was the result of intentional malice, trickery, or deceit, of mere accident." *Id.* at 576-577. Punitive damages "are aimed at deterrence and retribution." *Campbell*, 538 U.S. at 416.

However, those cases dealt with the application of the Due Process Clause of the Fourteenth Amendment to state common law punitive damage awards rather than as here an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, acts designed to protect against unlawful employment practices on the basis of

national origin, race, and retaliation and to provide remedies. *See generally Arizona v. Asarco, LLC,* 773 F.3d 1050 (9th Cir. 2014) (en banc) (involving a due process challenge to a federal court jury verdict of nominal damages and punitive damages under Title VII, which was then reduced by the district court judge to the statutory maximum of $300,000).

The *en banc* Ninth Circuit *Asarco* court explained that due process concerns and criteria expressed in both *Gore* and *Campbell* are met by § 1981a because, "[T]he statute clearly sets forth the type of conduct, and mind-set, a defendant must have to be found liable for punitive damages. 42 U.S.C. § 1981a(b)(1) ("A complaining party may recover punitive damages under this section against a respondent . . . if the complaining party demonstrates that the respondent engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of an aggrieved individual."). And § 1981a(b)(3) sets statutory caps on the award of compensatory and punitive damages using a formula based on the number of employees. 773 F.3d at 1056-57.

Guided by these principles, the Court now makes its Findings of Fact:

1.  Global intentionally recruited impoverished Thai workers for its labor contracts in the United States believing that they would be more manageable, less likely to complain about seizure of their passports, less work than promised, or delay in wages because they were desperate for the wages to pay off exorbitant

recruitment fees mortgaged by their property and often, the property of their Thai relatives.

2. Global falsely promised Thai workers high wages and three years of steady employment.

3. Global engaged in deception and deceit to obtain H-2A guest worker visas for its contracts in the United States.

4. Prawnee Tubchumpol aka Som ("Prawnee") was Global's Director of International Relations acting as the liaison among Global, the Thai workers, and the Thai recruiting agents.

5. Upon arrival in the United States as part of the Global contract to provide workers in Washington, Thai workers were required to give their passports to the Global supervisors.

6. Global hired security guards to enforce its rules and monitor the activities of the Thai workers in Washington during 2004 and 2005.

7. Global employed Sam Wongsesanit ("Sam") and Sam Prinya as on-site field supervisors for the Washington labor contract.

8. Global employed Charlie Blevins ("Charlie") as its Operations Manager at various farms in Washington.

9. Global supervisors Prawnee, Joseph, Monti, Chaiyot, and Charlie, among others, regularly and consistently harassed and intimidated the claimants with confiscation of passports, imposition of curfews, prohibition of contact with outsiders, threats of deportation to Thailand if they complained, violated Global rules against communication with outsiders, violated curfew, or tried to escape, and subjected the claimants to head

count to confirm that no claimant had left. Threats included arrest and return to Thailand before completion of the contract with devastating financial results because of the high recruitment debt often secured by farms and property of the claimants and their families.

10. On one occasion, Global supervisor Charlie yelled at them and displayed a gun during a meeting with Thai workers after a visit by an attorney causing fear among the Thai workers. On another occasion, Mr. Thanakhum recalled that one of the Global supervisors made a motion as if he was shooting the Thai workers in the head.

11. Claimants were constantly pressured to work harder and faster always with the threat of return to Thailand without completion of the contract with all of the financial hardship that would cause them and their families.

12. Claimants were told not to talk to inspectors or attorneys and never to complain to either about working or living conditions with the same threat of return to Thailand.

13. Those same Global supervisors used insulting terms such as lizard and buffalo, both derogatory to Thais, and in particular, insulted those Thai workers from Issa, an agricultural area of northeastern Thailand as if they were lesser people.

14. One claimant, Mr. Nuansri, recalled that Chaiyot hit him with a cane while berating him to work faster. When he grabbed the cane causing Chaiyot to fall, he was retaliated against by reassignment to more difficult work alone.

15. The Thai workers were given more difficult work and paid less than Latino workers at the same work locations.

16. The claimants heard stories of fellow Thai workers who were sent back to Thailand for consorting with a local Laotian. They also saw that fellow workers who complained were then not given work for a week. Such stories reinforced the threats of Global supervisors to not communicate with outsiders.

17. The claimants were subjected to unsafe and overcrowded transportation when it was made available. Frequently, they were denied transportation to stores to buy food and to health care facilities for medical attention to injuries and illnesses.

18. Global rented living facilities away from the orchards. These facilities were substandard because they were too small for the number of claimants assigned to them resulting in overcrowding; these living quarters lacked adequate bathrooms and cooking appliances, were unsanitary, and were bug infested, making them virtually uninhabitable.

19. Frequently Global delayed payment of earned wages to the claimants causing financial hardship to them and their families.

20. Global's pattern and practice of hostile work environment, harassment, and discrimination as described above caused each of the claimants several or more of these reactions: financial distress, fear, anxiety, anger, intimidation, humiliation, shame, and a variety of physical issues including headaches, depression, loss of weight, sleeplessness, ulcers, and stomach aches and finally, an unrelenting sense of imprisonment.

21. Given the uniformity of the reprehensible treatment of the claimants by Global, each claimant was proximately caused emotional distress and compensatory damages in the amount of Five Thousand Dollars ($5,000.00) per month for each month worked for Global in Washington on the contract with the Grower Defendant orchards. In several specific cases, a claimant suffered greater compensatory damage for ulcers or other specific damage in a slightly greater amount—$5,500.00 per month. The Court has compiled a chart of the compensatory damage awards it found Global's conduct caused each claimant.

22. Sayan Chuaytua, Bunwan Chaidabot, Meechok Chanphut, Phongsak Kununtha, Manit Lepol, Suwit Mikaeob, Chuangchot Muad Otton, Phichet Phanthasri, Suthat Promnonsri, Narong Srinongkhot, Bunthang Surivong, Radchawee Suwansing, Mongkhonsak Thanakhun, and Phanuphong Wongworn all were detained by police for almost an entire day. This is exactly what Global supervisors constantly threatened them with. As a result, in addition to the emotional distress Global's other actions described above caused them, they also suffered understandable fear and anxiety as a result due to the possibility they would be sent home to Thailand causing financial hardship for them and their families and shame. This caused each of them an additional compensatory damage in the amount Two Thousand Five Hundred dollars ($2,500.00). This additional damage award to each of these claimants is included in the chart of compensatory damage awards.

23. Section 1981a(b)(1) provides in pertinent part, "A complaining party may recover punitive damages under this section against a respondent . . . if the complaining party demonstrates that the respondent engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of an aggrieved individual." 42 U.S.C. § 1981a(b)(1).

24. This punitive damages provision has been in existence since 1991. "Since that time, employers have been on notice regarding the type of conduct that could subject them to liability, the level of mental culpability or intentionality required and the dollar amount to which they could be subjected, if they violated the law." *Arizona v. Asarco, LLC,* 773 F.3d 1050, 1057 (9th Cir. 2014).

25. Global's conduct as found above was clearly and convincingly both malicious and with reckless indifference to the federally protected rights of each of the claimants herein. Additionally, using the standards articulated in both *Gore* and *State Farm,* the Court finds that Global's conduct was with reckless indifference to or with disregard of the health and safety of the claimants who were targeted by Global because of their ethnicity and financial vulnerability on a repeated basis over months. Therefore, the claimants are entitled to an award of punitive damages as allowed by 42 U.S.C. § 1981a(b)(1)&(3).

26. "The purposes of punitive damages are to punish a defendant and to deter similar acts in the future. Punitive damages may not

be awarded to compensate a plaintiff. . . . You may award punitive damages only if you find that the defendant's conduct that harmed the plaintiff was malicious, oppressive or in reckless disregard of the plaintiff's rights. Conduct is malicious if it is accompanied by ill will, or spite, or if it is for the purpose of injuring the plaintiff. Conduct is in reckless disregard of the plaintiff's rights if, under the circumstances, it reflects complete indifference to the plaintiff's safety or rights, or if the defendant acts in the face of a perceived risk that its actions will violate the plaintiff's rights under federal law. An act or omission is oppressive if the defendant injures or damages or otherwise violates the rights of the plaintiff with unnecessary harshness or severity, such as by the misuse or abuse of authority or power or by the taking advantage of some weakness or disability or misfortune of the plaintiff." Ninth Circuit Manual of Model Civ. Jury Instr. No. 5.5 (2016).

27. The Court finds that Global's treatment of each claimant as found immediately hereinabove justifies an award of punitive damages in the amount of Fifteen Thousand Dollars ($15,000.00) to each claimant for each month worked for Global in Washington on the contract with the Grower Defendant orchards. As to Detnarong Nuansri, who was struck by a cane by Global supervisor, the Court awards punitive damages in the amount of Sixteen Thousand Dollars ($16,000.00) for each month worked. Additionally, to each claimant arrested as identified in Finding

of Fact 22, the Court awards an additional Seven Thousand Five Hundred Dollars ($7,500.00) in punitive damages.

28.  The total award of damages both compensatory and punitive is: Seven Million, Six Hundred Fifty-Eight Thousand, Five Hundred Dollars (7,658,500.00).  That amount is detailed below as follows:

| Claimant | Summary | Compensatory Damages Amount awarded | Punitive Damages Awarded | Total Damages awarded |
|---|---|---|---|---|
| **Wichai Charoen** | Worked for Global for twenty-eight months of which nine were at the Grower Defendant Orchards. | $5,500/month | $15,000/month | |
| | Total: | $49,500.00 | $135,000.00 | $184,500.00 |
| **Natthakan Chinnawan** | Worked for Global for sixteen months of which five were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $25,000.00 | $75,000.00 | $100,000.00 |
| **Sayan Chuaytua** | Worked for Global for sixteen | $5,500/month For physical injuries and $2,500 for one day | $15,000/month $7,500 for one day of police detention | |

| | months of which five were at the Grower Defendant orchards. | of police detention | | |
|---|---|---|---|---|
| | **Total:** | **$30,000.00** | **$82,500.00** | **$112,500.00** |
| **Jare Chuenjaichon** | Worked for Global for seven months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$35,000.00** | **$105,000.00** | **$140,000.00** |
| **Chao Amattat** | Worked at Global for five months all at the Grower Defendant Orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| **Bunwan Chaidabot** | Worked for Global for about nineteen months of which seven were at the Grower Defendant Orchards. | $5,000/month Plus $2,500 for one-day of police detention | $15,000/month Plus $7,500 for one-day of police detention | |
| | **Total:** | **$37,500.00** | **$112,500.00** | **$150,000.00** |
| **Chaiput Chaipayang** | Worked for Global for | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | twenty-seven months of which seven were at the Grower Defendant Orchards. | | | |
| | **Total:** | **$35,000.00** | **$105,000.00** | **$140,000.00** |
| **Chukiat Chamnansarn** | Worked for Global for thirteen months of which seven were at the Grower Defendant Orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$35,000.00** | **$105,000.00** | **$140,000.00** |
| **Bunchuai Chanaphai** | Worked for Global for five months all at the Grower Defendant Orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| **Cheotehai Chumphang** | Worked for Global for five months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **Duangkaew Khongehai** | Worked for Global for five months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $25,000.00 | $75,000.00 | $100,000.00 |
| **Chit Intip** | Worked for Global for twenty months, of which six were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $30,000.00 | $90,000.00 | $120,000.00 |
| **Phiphop Khamkaeo** | Worked for Global fourteen months of which eight were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $40,000.00 | $120,000.00 | $160,000.00 |
| **Banjoed Khangwilai** | Worked for Global for fourteen months of which two were at the Grower | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | Defendant orchards. | | | |
| | **Total:** | **$10,000.00** | **$30,000.00** | **$40,000.00** |
| | | | | |
| **Marut Kongpia** | Worked for Global for five months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| | | | | |
| **Narong Krengchai** | Worked for Global for twelve months of which six were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$30,000.00** | **$90,000.00** | **$120,000.00** |
| | | | | |
| **Phiroom Krinsoognoen** | Worked for Global for twenty-two months of which four were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$20,000.00** | **$60,000.00** | **$80,000.00** |
| | | | | |
| **Phongsak Kununtha** | Worked for Global for twenty-seven | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |

| | | | | |
|---|---|---|---|---|
| | months of which nine months were at the Grower Defendant orchards. | | | |
| | Total: | $47,500.00 | $142,500.00 | $190,000.00 |
| **Chakkaphong Laebua** | Worked for Global for twenty-two months of which four were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $20,000.00 | $60,000.00 | $80,000.00 |
| **Arwuth Lainok** | Worked for Global for twenty-four months of which four were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $20,000.00 | $60,000.00 | $80,000.00 |
| **Manit Lepol** | Worked for Global for nineteen months of which nine were at the Grower | $5,000/month Plus $2,500 for one-day of police detention | $15,000/month Plus $7,500 for one-day of police detention | |

| | | | | |
|---|---|---|---|---|
| | Defendant orchards. | | | |
| | **Total:** | **$47,500.00** | **$142,500.00** | **$190,000.00** |
| | | | | |
| **Praphan Lomajan** | Worked for Global for twenty-two months of which eight were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$40,000.00** | **$120,000.00** | **$160,000.00** |
| | | | | |
| **Pornchai Mangsa** | Worked for Global for twenty-seven months of which three were at the Grower Defendant orchards. | $5,500/month because of physical symptoms | $15,000/month | |
| | **Total:** | **$16,500.00** | **$45,000.00** | **$61,500.00** |
| **Phaibun Manisaeng** | Worked for Global for twenty-two months of which two were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$10,000.00** | **$30,000.00** | **$40,000.00** |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **Nookra Matwiset** | Worked for Global for fifteen months of which five were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| **Twaee Metha** | Worked for Global for eight months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$40,000.00** | **$120,000.00** | **$160,000.00** |
| **Detnarong Nuansri** | Worked for Global for four months all at the Grower Defendant orchards. | $5,500/month Damages more due to having been hit with cane and physical problems | $16,000/month Damages more due to having been hit with cane and physical problems | |
| | Total: | **$22,000.00** | **$64,000.00** | **$86,000.00** |
| **Weeraphan Panyasen** | Worked at Global for nine months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$45,000.00** | **$135,000.00** | **$180,000.00** |
| **Phichet Phanthasri** | Worked for | $5,000/month | $15,000/month | |

ORDER GRANTING EEOC's MOTION FOR DEFAULT JUDGMENT - 18

| | | | | |
|---|---|---|---|---|
| | Global for twenty-six months of which ten were at the Grower Defendant orchards. | Plus $2,500 for one day of police detention | Plus $7,500 for one day of police detention | |
| | **Total:** | **$52,500.00** | **$157,500.00** | **$210,000.00** |
| **Bunhom Philuk** | Worked for Global for fifteen months of which **six days** were at the Grower Defendant orchard. | | | |
| | **Total:** | **$1,000.00** | **$3,000.00** | **$4,000.00** |
| **Saiyan Photong** | Worked for Global for twenty-three months of which two were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$10,000.00** | **$30,000.00** | **$40,000.00** |
| **Saharat Prasertang** | Worked for Global for twenty-six months of which seven | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | were at the Grower Defendant orchards. | | | |
| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
| **Suthat Promnonsri** | Worked for Global for twenty-five months of which eight were at the Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $42,500.00 | $127,500.00 | $170,000.00 |
| **Supap Promson** | Worked for Global for fifteen months of which nine were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $45,000.00 | $135,000.00 | $180,000.00 |
| **Prachon Ratanarak** | Worked for Global for twenty-six months of which seven were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |

ORDER GRANTING EEOC's MOTION FOR DEFAULT JUDGMENT - 20

| | | | | |
|---|---|---|---|---|
| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
| | | | | |
| **Saiam Rodpham** | Worked for Global for twenty-seven months of which two were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $10,000.00 | $30,000.00 | $40,000.00 |
| | | | | |
| **Aran Saengvan** | Worked for Global for fourteen months of which three were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $15,000.00 | $45,000.00 | $60,000.00 |
| | | | | |
| **Bunthai Sareewong** | Worked for Global for twenty-nine months of which three were at the Grower Defendant orchard. | $5,000/month | $15,000/month | |
| | Total: | $15,000.00 | $45,000.00 | $60,000.00 |
| | | | | |
| **Thanit Sriboran** | Worked for Global | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | for twenty-seven months of which seven were at the Grower Defendant orchards. | | | |
| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
| **Narong Srinongkhot** | Worked for Global for twenty-three months of which nine were at Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $47,500.00 | $142,500.00 | $190,000.00 |
| **Jantha Sripakho** | Worked for Global for seven months all at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
| **Somphong Suebphang** | Worked for twenty-two months for Global of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |

ORDER GRANTING EEOC's MOTION FOR DEFAULT JUDGMENT - 22

| | | | | |
|---|---|---|---|---|
| | Total: | $15,000.00 | $45,000.00 | $60,000.00 |
| | | | | |
| **Bunthang Surivong** | Worked for Global for twenty-nine months of which eight were at Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $42,500.00 | $127,500.00 | $170,000.00 |
| | | | | |
| **Radchawee Suwansing** | Worked for Global for fifteen months of which eight were at the Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $42,500.00 | $127,500.00 | $170,000.00 |
| | | | | |
| **Anan Tawan** | Worked eight months for Global of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $15,000.00 | $45,000.00 | $60,000.00 |
| | | | | |
| **Mongkhonsak Thanakhun** | Worked for Global for twenty-six | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |

ORDER GRANTING EEOC's MOTION FOR DEFAULT JUDGMENT - 23

| | months of which eight were at Grower Defendant orchards. | | | |
|---|---|---|---|---|
| | **Total:** | **$42,500.00** | **$127,500.00** | **$170,000.00** |
| **Natthachai Thatkaeo** | Worked for Global for twenty-three months of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$15,000.00** | **$45,000.00** | **$60,000.00** |
| **Praiwan Thongbai** | Worked for Global for nine months of which five were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$25,000.00** | **$75,000.00** | **$100,000.00** |
| **Thinnakorn Thongkham** | Worked for Global for twelve months of which six were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$30,000.00** | **$90,000.00** | **$120,000.00** |
| **Anurat Truatnok** | Worked for | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | Global for twenty-six months of which eight were at Grower Defendant orchards. | | | |
| | **Total:** | **$40,000.00** | **$120,000.00** | **$160,000.00** |
| **Somesak Wongkaeo** | Worked for Global for twenty-two months of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$15,000.00** | **$45,000.00** | **$60,000.00** |
| **Athip Wongsanoa** | Worked for Global for twelve months of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | **Total:** | **$15,000.00** | **$45,000.00** | **$60,000.00** |
| **Phanuphong Wongworn** | Worked for Global for twenty-six months of which eight at | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |

| | | | | |
|---|---|---|---|---|
| | Grower Defendant orchards. | | | |
| | Total: | $42,500.00 | $127,500.00 | $170,000.00 |
| **Pradit Yimsangog** | Worked for Global for sixteen months of which six were at Grower Defendant orchards | $5,000/month | $15,000/month | |
| | Total: | $30,000.00 | $90,000.00 | $120,000.00 |
| **Chuangchot Muad Otton** | Worked for Global for twenty-seven months of which seven were at Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $37,500.00 | $112,500.00 | $150,000.00 |
| **Suwit Mikaeob** | Worked for Global for twenty-eight months of which seven were at Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $37,500.00 | $112,500.00 | $150,000.00 |
| **Apichat Peayer** | Worked for Global | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | for sixteen months of which seven were at Grower Defendant orchards. | | | |
| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
| **Samian Hanchat** | Worked for Global for twenty-two months of which four were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $20,000.00 | $60,000.00 | $80,000.00 |
| **Sathaporn Kongkaew** | Worked for Global for nine months of which three were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $15,000.00 | $45,000.00 | $60,000.00 |
| **Suraphon Suwanna** | Worked for Global for twelve months of which seven were at the Grower Defendant orchards. | $5,000/month | $15,000/month | |

| | Total: | $35,000.00 | $105,000.00 | $140,000.00 |
|---|---|---|---|---|
| **Meechok Chanphut** | Worked for Global for twenty-eight months of which eight were at Grower Defendant orchards. | $5,000/month Plus $2,500 for one day of police detention | $15,000/month Plus $7,500 for one day of police detention | |
| | Total: | $42,500.00 | $127,500.00 | $170,000.00 |
| **Thanasack Nidkratok** | Worked for Global for twenty-three months of which two were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $10,000.00 | $30,000.00 | $40,000.00 |
| **Watcharepong Kaewkasee** | Worked for Global for twenty-six months of which five were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | $25,000.00 | $75,000.00 | $100,000.00 |
| **Wichit Srimart** | Worked for Global for twenty-two | $5,000/month | $15,000/month | |

| | | | | |
|---|---|---|---|---|
| | months of which two were at Grower Defendant orchards. | | | |
| | Total: | **$10,000.00** | **$30,000.00** | **$40,000.00** |
| **Chairat Srinakrung** | Worked for Global for nineteen months of which two were at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$10,000.00** | **$30,000.00** | **$40,000.00** |
| **Anukorn Srijan** | Worked for Global for seven months all at the Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$35,000.00** | **$105,000.00** | **$140,000.00** |
| **Laphit Khodthan** | Worked for Global for five months all at Grower Defendant orchards. | $5,000/month | $15,000/month | |
| | Total: | **$25,000.00** | **$75,000.00** | **$100,000.00** |

///

//

/

Accordingly, **IT IS HEREBY ORDERED**:

1. The EEOC's Motion for Default Judgment Against Defendant Global Horizons, Inc. d/b/a Global Horizons Manpower, Inc., **ECF No. 619**, is **GRANTED**.

2. The Clerk's Office is to enter **default judgment** in the EEOC's favor against Global Horizons for: **Seven Million, Six Hundred Fifty-Eight Thousand, Five Hundred Dollars (7,658,500.00).**

3. All pending motions and hearings are **STRICKEN**.

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel.

**DATED** this 26th day of April 2016.


_____
s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge