# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>*Plaintiff*<br>v.<br>GLOBAL HORIZONS, INC., d/b/a GLOBAL HORIZONS MANPOWER, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:11-CV-3045-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  the Equal Employment Opportunity Commission's ("EEOC") Motion for Default Judgment against Defendant Global Horizons, Inc., d/b/a Global Horizons Manpower, Inc. is GRANTED.  Default judgment is hereby entered in favor of the EEOC against Defendant Global Horizons, Inc., d/b/a Global Horizon Manpower, Inc., for the total award of damages, both compensatory and punitive, in the sum of Seven Million, Six Hundred Fifty Eight Thousand, Five Hundred Dollars ($7,658,500.00).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea  on a motion for Default Judgment.

Date:  April 26, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb