# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2020

SEAN F. McAVOY, CLERK

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

*Plaintiff*

v.

GLOBAL HORIZONS, INC., doing business as Global Horizons Manpower, Inc.; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; and DOES 1-10, inclusive,

*Defendant*

Civil Action No. 2:11-CV-3045-RMP

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Growers' Motion for Summary Judgment, ECF No. 774, is GRANTED.
Plaintiff EEOC's Motions for Partial Summary Judgment, ECF Nos. 715, 722, and 747, are DENIED.
The Growers' Motion for Partial Summary Judgment, ECF No. 710, is DENIED AS MOOT.
Judgment is entered for Defendants Valley Fruit and Green Acre on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on Motions for Summary Judgment.

Date: March 23, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza